**Order entered October 3, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00967-CV

## IN RE TEXAS CHRISTIAN UNIVERSITY, TEXAS CHRISTIAN UNIVERSITY BOARD OF TRUSTEES, GARY PATTERSON, CHRIS DEL CONTE, DAVID GABLE, ZACH LACROSS, DILLON SMITH, JAMES RUSSELL "RUSTY" BURNS, AND DOUGLAS MEACHUM, Relators

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00585-A**

## ORDER
Before Justices Bridges, Brown, and Boatright

Before the Court are real party in interest Kolby Listenbee's motion to abate and amended motion for extension of time to file response brief. We **DENY** the motion to abate. We **GRANT** the amended motion for extension and **ORDER** the real party in interest to file his response brief, if any, **by October 15, 2018**.

/s/      DAVID L. BRIDGES
         JUSTICE